No. 382. BANTOM ET AL. v. UNITED STATES. Court of Claims. Certiorari denied. *Claude L. Dawson* and *Donald M. Murtha* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for the United States.

No. 384. GENTILLI v. CAPLIN, COMMISSIONER OF INTERNAL REVENUE, ET AL. C. A. D. C. Cir. Certiorari denied. *Daniel Orville Dechert* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Jones, Joseph M. Howard* and *John M. Brant* for respondents.

No. 389. MARQUEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Albert J. Krieger* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 377. ROCKWELL MANUFACTURING CO., KEARNEY DIVISION v. NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *Kenneth C. McGuiness* and *Theophil C. Kammholz* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 144, Misc. HARRIS v. ARKANSAS; and
No. 155, Misc. TROTTER v. ARKANSAS. Supreme Court of Arkansas. Certiorari denied. *George Howard, Jr.,* for petitioner in No. 144, Misc. Petitioner *pro se* in No. 155, Misc. *Bruce, Bennett,* Attorney General of Arkansas, and *Jack L. Lessenberry,* Chief Assistant Attorney General, for respondent. Reported below: 237 Ark. 820, 377 S. W. 2d.14.